# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| **In the Matter of the Search of** ) | Docket No. 1:22mj6-5 |
| ) | |
| FACEBOOK USER IDs 100000364166241 ) | |
| AND 100011723132398 THAT ARE ) | *UNDER SEAL* |
| STORED AT PREMISES CONTROLLED ) | |
| BY FACEBOOK INC. ) | |
| ) | |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook, Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the accounts listed in the warrant) of the existence of the attached warrant for one year.

The Court determines that there is reason to believe that notification of the existence of the subject warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to destroy or tamper with evidence, notify confederates, flee from prosecution, and change patterns of behavior. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook, Inc., shall not disclose the existence of the subject warrant, or this Order of the Court, to the listed subscriber or to any other person until the earliest of the following: 1) one (1) year from the date of this Order, 2) the completion of the investigation as the Government may advise, or 3) a further Order of the Court except that Facebook, Inc., may disclose the subject warrant to an attorney for Facebook, Inc., for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Signed: February 7, 2022

W. Carleton Metcalf
United States Magistrate Judge