UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

DOCKET NO. 1:22mj6-5

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>) <br>FACEBOOK USER ID's 100000364166241 )<br>AND 100011723132398 THAT ARE STORED )<br>AT PREMISES CONTROLLED BY )<br>FACEBOOK INC. ) | **ORDER TO UNSEAL** |

This matter is before the Court on the Government's Motion to Unseal (Doc. 27).

The Motion is GRANTED and the clerk is respectfully directed to unseal the above referenced Application for Search Warrant and Search Warrant.

It is so ordered.

Signed: June 30, 2022

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge

1